883 A.2d 173

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,

v.

### Robert Ryan TOUSEY, Respondent.

### Misc. Docket AG No. 44, Sept. Term, 2005.

Court of Appeals of Maryland.

Sept. 20, 2005.

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 20th day of September, 2005,

ORDERED, by the Court of Appeals of Maryland, that Robert Ryan Tousey, be, and is hereby, disbarred from the

further practice of law in the State of Maryland; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Robert Ryan Tousey from the register of attorneys, and pursuant to Maryland Rule 16–772(d) shall certify that to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.